## CASE ANNOUNCEMENTS
### January 5, 2011

[Cite as *01/05/2011 Case Announcements*, 2011-Ohio-4.]

## MOTION AND PROCEDURAL RULINGS

**2010–0951.   Mentor Exempted Village School Dist. Bd. of Edn. v. Mohat.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:09 CV 688. This cause is pending before the court on the certification of a state law question from the United States District Court. Upon consideration the motion of amicus curiae Ohio Association for Justice to participate in oral argument scheduled for February 16, 2011, in support of respondents,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to respondents.

## MISCELLANEOUS DISMISSALS

**2010–1641.   State ex rel. McCaffrey v. Mahoning Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

### January 5, 2011

[Cite as *01/05/2011 Case Announcements #2*, 2011-Ohio-7.]

## MOTION AND PROCEDURAL RULINGS

**2010–0597.   In re Estate of Centorbi.**
Cuyahoga App. No. 93501, 186 Ohio App.3d 263, 2010-Ohio-442. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion to strike appellant's merit brief,

It is ordered by the court that the motion is denied. Appellant shall serve a copy of its merit brief on appellee, Diane Fiorille, within ten days of the date of this entry. Appellee shall file a merit brief within 30 days of the date of this entry, and appellant may file a reply brief within 20 days of filing of the appellee's brief.

It is further ordered that oral argument scheduled for this case on February 15, 2011 is cancelled. Oral argument will be rescheduled at a later date.

## CASE ANNOUNCEMENTS
### January 6, 2011

[Cite as *01/06/2011 Case Announcements*, 2011-Ohio-8.]